**Order filed, January 8, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00892-CR

———————

**PATRICK LAMBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1451940**

## ORDER

The reporter's record in this case was due December 30, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Amanda Fazio, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.